# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:06-cv-15212-JGK
#### Internal Use Only

| | |
|---|---|
| Watson et al v. LG Philips LCD Company Ltd. et al | Date Filed: 12/15/2006 |
| Assigned to: Judge John G. Koeltl | Date Terminated: 06/05/2007 |
| Demand: $5,000,000 | Jury Demand: Plaintiff |
| Related Case: 1:06-cv-14335-JGK | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Other Contract | Jurisdiction: Diversity |

**Plaintiff**

**Robert Schuyler Watson**
*individually*

represented by **Christopher Lovell**
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
Fax: (212) 719-4677
Email: LSHLLP@LSHLLP.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Imtiaz Siddiqui**
Lovell, Stewart, Halebian L.L.P.
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Schuyler Watson**
*and on behalf of all others similarly situated*

represented by **Christopher Lovell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Imtiaz Siddiqui**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Company Ltd.**

**Defendant**

**LG Electronics USA Inc.**

**Defendant**

**Philips Electronics North America Corp.**
*TERMINATED: 01/22/2007*

**Defendant**

**Samsung Electronics Company Ltd.**

**Defendant**

**Sharp Corp.**

**Defendant**

**AU Optronics Corp.**

**Defendant**

**John Does**
*1 - 100*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2006 | 1 | COMPLAINT against Philips Electronics North America Corp., Samsung Electronics Company Ltd., Sharp Corp., AU Optronics Corp., John Does, LG Philips LCD Company Ltd., LG Electronics USA Inc.. (Filing Fee $ 350.00, Receipt Number 600446)Document filed by Robert Schuyler Watson (individually), Robert Schuyler Watson(and on behalf of all others similarly situated).(es, ) Additional attachment(s) added on 1/3/2007 (jeh, ). (Entered: 12/19/2006) |
| 12/15/2006 |  | SUMMONS ISSUED as to Philips Electronics North America Corp., Samsung Electronics Company Ltd., Sharp Corp., AU Optronics Corp., John Does, LG Philips LCD Company Ltd., LG Electronics USA Inc.. (es, ) (Entered: 12/19/2006) |
| 12/15/2006 |  | Case Designated ECF. (es, ) (Entered: 12/19/2006) |
| 12/15/2006 |  | CASE REFERRED TO Judge John G. Koeltl as possibly related to 06-civ-14335. (es, ) (Entered: 12/19/2006) |
| 01/04/2007 |  | CASE ACCEPTED AS RELATED TO 06cv14335. Notice of Assignment to follow. (kco, ) (Entered: 01/10/2007) |
| 01/04/2007 | 3 | NOTICE OF CASE ASSIGNMENT to Judge John G. Koeltl. Judge Unassigned is no longer assigned to the case. (kco, ) (Entered: 01/10/2007) |
| 01/04/2007 |  | Magistrate Judge Theodore H. Katz is so designated. (kco, ) (Entered: 01/10/2007) |
| 01/04/2007 |  | Mailed notice to the attorney(s) of record of case assignment. (kco, ) (Entered: 01/10/2007) |
| 01/09/2007 | 2 | STIPULATION AND ORDER: The time for PENAC to answer, move with respect to, or otherwise respond to, the complaint in this action is extended to and including 3/30/2007. (Signed by Judge John G. Koeltl on 1/9/2007) (lb, ) (Entered: 01/10/2007) |

| 01/09/2007 | ● | Set Answer Due Date purs. to 2 Stipulation and Order as to Philips Electronics North America Corp. answer due on 3/30/2007. (lb, ) (Entered: 01/10/2007) |
|---|---|---|
| 01/16/2007 | ●4 | NON-ECF DOCUMENT ERROR - NOTICE of Voluntary Dismissal. Document filed by Robert Schuyler Watson(and on behalf of all others similarly situated). (Jacobson, Gary) Modified on 1/17/2007 (Gutierrez, Robert). (Entered: 01/16/2007) |
| 01/16/2007 | ●5 | STIPULATION AND ORDER that the time for PENAC to answer, move with respect to or otherwise respond to the complaint in this action is extended to and including 3/30/07. (Signed by Judge John G. Koeltl on 1/9/07) (dle) (Entered: 01/16/2007) |
| 01/16/2007 | ● | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Gary Jacobson to E-MAIL Document No. [#4] Notice of Voluntary Dismissal. This document is not filed via ECF. (rag) (Entered: 01/17/2007) |
| 01/22/2007 | ●6 | NOTICE of Voluntary Dismissal as to defendant Philips Electronics North America Corporation without prejudice and without costs pursuant to Rule 41(a)(1) of the F.R.C.P.. (Signed by Judge John G. Koeltl on 1/19/07) (kco) (Entered: 01/23/2007) |
| 01/22/2007 | ● | (Court only) *** Party Philips Electronics North America Corp. terminated. (kco) (Entered: 01/23/2007) |
| 02/06/2007 | ●7 | STIPULATION AND ORDER; the time for defendant LG Electronics USA Inc. to answer move or otherwise respond to the complaint is extended to 3/30/2007. (Signed by Judge John G. Koeltl on 2/6/07) (kco) (Entered: 02/07/2007) |
| 02/07/2007 | ● | Set Answer Due Date purs. to 7 Stipulation and Order as to LG Electronics USA Inc. answer due on 3/30/07. (kco) (Entered: 02/07/2007) |
| 06/05/2007 | ●8 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - Northern District of California. (Signed by Judge MDL Panel on 04/25/2007) (jeh) (Entered: 06/11/2007) |
| 06/05/2007 | ● | MDL TRANSFER OUT: Emailed certified copy of docket entries and transfer order along with letter of acknowledgment to the United States District Court - Northern District of California. (jeh) (Entered: 06/11/2007) |